| AO 10<br>Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2017 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Haight, Jr., Charles S. | 2. Court or Organization<br><br>District Court, SDNY | 3. Date of Report<br><br>07/10/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Senior United States District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |
| 7. Chambers or Office Address<br><br>U.S. District Court<br>141 Church Street<br>New Haven, CT 06510 | | |

*IMPORTANT NOTES:* The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Advisory Trustee | American Scandinavian Foundation |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haight, Jr., Charles S. | 07/10/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haight, Jr., Charles S. | 07/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America Money Market | A | Dividend | K | T | | | | | |
| 2. Walt Disney Co. | A | Dividend | K | T | | | | | |
| 3. Home Depot Inc. | A | Dividend | K | T | Sold (part) | 07/18/17 | J | A | |
| 4. Exxon Mobil Corp. | B | Dividend | K | T | | | | | |
| 5. Berkshire Hathaway | | None | M | T | | | | | |
| 6. Quest Diagnostics | A | Dividend | K | T | | | | | |
| 7. Conn. St. Gen. Rev. Bonds | C | Interest | M | T | | | | | |
| 8. Conn State Spc Tax Oblig Rev Bonds | A | Interest | | | Matured | 02/01/17 | M | A | |
| 9. Capital One Savings Bank | A | Interest | M | T | | | | | |
| 10. US Trust Co of NY Bank of America Checking Account | | None | K | T | | | | | |
| 11. Guilford Savings Bank | | None | J | T | | | | | |
| 12. Columbia Select Large Cap. Fund | | None | K | T | Redeemed (part) | 04/21/17 | J | A | |
| 13. | | | | | Redeemed (part) | 08/23/17 | J | A | |
| 14. MasterCard Inc. | B | Dividend | L | T | Sold (part) | 07/13/17 | J | A | |
| 15. Southington, CT GO Bonds (Non-Callable - due 9/1/17 & 8/1/18) | B | Interest | | | Matured | 09/01/17 | M | A | |
| 16. Easton, CT GO Bonds | C | Interest | M | T | | | | | |
| 17. West Hartford, CT GO Bonds | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haight, Jr., Charles S. | 07/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Regional School District 18 CT Bonds | D | Interest | M | T | | | | | |
| 19. Wethersfield, CT GO Bonds | D | Interest | M | T | | | | | |
| 20. TJX Cos., Inc. | A | Dividend | K | T | Sold (part) | 02/03/17 | J | A | |
| 21. | | | | | Sold (part) | 07/13/17 | J | A | |
| 22. Church & Dwight, Inc. | A | Dividend | K | T | Sold (part) | 01/23/17 | J | B | |
| 23. | | | | | Sold (part) | 07/13/17 | J | A | |
| 24. Hershey Co. | A | Dividend | J | T | Sold (part) | 07/18/17 | J | A | |
| 25. | | | | | Sold (part) | 10/31/17 | J | B | |
| 26. Cerner Corp. | | None | J | T | Sold (part) | 07/13/17 | J | A | |
| 27. Hunt JB Trans Svcs. Inc. | A | Dividend | K | T | Sold (part) | 07/13/17 | J | A | |
| 28. Apple, Inc. | A | Dividend | L | T | Sold (part) | 02/03/17 | J | A | |
| 29. | | | | | Sold (part) | 07/13/17 | J | A | |
| 30. Southington, CT GO Bonds (Non-Callable - due 8/1/18) | C | Interest | M | T | | | | | |
| 31. Johnson & Johnson | A | Dividend | K | T | Sold (part) | 07/13/17 | J | A | |
| 32. | | | | | Sold (part) | 12/07/17 | J | A | |
| 33. LyondellBasell Industries | A | Dividend | K | T | Sold (part) | 07/13/17 | J | A | |
| 34. Costco Wholesale Corp. | A | Dividend | K | T | Buy (add'l) | 01/18/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haight, Jr., Charles S. | 07/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 07/13/17 | J | | |
| 36. | | | | | Sold (part) | 10/13/17 | J | | |
| 37. Gilead Sciences, Inc. | | None | | | Sold | 02/14/17 | J | B | |
| 38. Priceline Group | | None | K | T | | | | | |
| 39. Amphenol Corp. | A | Dividend | K | T | Sold (part) | 07/13/17 | J | A | |
| 40. Regeneron Pharmaceuticals, Inc. | | None | | | Sold | 01/13/17 | J | D | |
| 41. Salesforce.com | | None | K | T | Sold (part) | 07/18/17 | J | A | |
| 42. Metro-West T/R BD (see Note in Part VIII) | E | Interest | O | T | | | | | |
| 43. Autozone, Inc. | | None | | | Sold | 07/13/17 | J | | |
| 44. Starbucks | A | Dividend | K | T | Sold (part) | 07/13/17 | J | A | |
| 45. Tesla Motors | | None | | | Sold | 04/19/17 | J | C | |
| 46. Zoetis, Inc. | A | Dividend | K | T | Sold (part) | 07/13/17 | J | A | |
| 47. Danaher Corp. | A | Dividend | K | T | Buy (add'l) | 06/08/17 | J | | |
| 48. | | | | | Sold (part) | 07/13/17 | J | | |
| 49. Facebook, Inc. | | None | K | T | Sold (part) | 07/13/17 | J | A | |
| 50. Microsoft Corp. | B | Dividend | L | T | Sold (part) | 07/13/17 | J | A | |
| 51. Verizon | A | Dividend | J | T | Sold (part) | 02/03/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haight, Jr., Charles S. | 07/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Columbia CT Intermediate Muni Bond Fund | D | Interest | N | T | | | | | |
| 53. Amazon.com | | None | L | T | | | | | |
| 54. Alphabet Inc. | | None | K | T | | | | | |
| 55. Lauder Estee Cos. Inc. | A | Dividend | J | T | Sold (part) | 07/13/17 | J | A | |
| 56. | | | | | Sold (part) | 10/31/17 | J | C | |
| 57. BB & T Corp. | A | Dividend | K | T | Sold (part) | 06/08/17 | J | A | |
| 58. Palo Alto Networks, Inc. | | None | | | Buy (add'l) | 01/18/17 | J | | |
| 59. | | | | | Sold | 04/19/17 | J | | |
| 60. Charles Schwab Corp. | A | Dividend | K | T | Sold (part) | 07/13/17 | J | A | |
| 61. Celgene Corp. | | None | K | T | Buy (add'l) | 01/10/17 | J | | |
| 62. | | | | | Sold (part) | 07/13/17 | J | A | |
| 63. | | | | | Buy (add'l) | 10/27/17 | J | | |
| 64. | | | | | Sold (part) | 12/07/17 | J | | |
| 65. EOG Resources Inc. | A | Dividend | J | T | Sold (part) | 07/13/17 | J | | |
| 66. Intercontinental Exchange Inc. | A | Dividend | K | T | Sold (part) | 07/13/17 | J | A | |
| 67. Jacobs Engineering Group Inc. | A | Dividend | K | T | Buy (add'l) | 07/13/17 | J | | |
| 68. | | | | | Buy (add'l) | 07/14/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Raytheon Co. | A | Dividend | K | T | Buy (add'l) | 02/07/17 | J | | |
| 70. | | | | | Sold (part) | 07/13/17 | J | A | |
| 71. Columbia AMT-Free Conn. Inter. Muni Bond Fund | D | Interest | N | T | Buy (add'l) | 12/20/17 | M | | |
| 72. Vanguard Small-Cap. ETF | B | Dividend | M | T | | | | | |
| 73. Fortive Corp. | A | Dividend | J | T | | | | | |
| 74. Teladoc, Inc. | | None | K | T | Buy | 12/05/17 | J | | |
| 75. | | | | | Buy (add'l) | 12/06/17 | J | | |
| 76. United Parcel Service | A | Dividend | K | T | Buy | 02/03/17 | K | | |
| 77. Accenture PLC | A | Dividend | K | T | Buy | 07/13/17 | J | | |
| 78. | | | | | Buy (add'l) | 12/05/17 | J | | |
| 79. Alibaba Group Holding, Ltd. | | None | K | T | Buy | 05/04/17 | J | | |
| 80. | | | | | Buy (add'l) | 10/31/17 | J | | |
| 81. Leidos Holdings, Inc. | A | Dividend | K | T | Buy | 07/13/17 | J | | |
| 82. | | | | | Buy (add'l) | 07/14/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, page 6, line 42 (Metro-West T/R BD) - This investment was erroneously marked on the 2016 FDR (page 6, line 37) as "Redeemed" (in full) instead of "Redeemed (part)" on 2/5/2016 so Metro-WestT/R BD remains on the 2017 FDR in its prior place on the list of Investments held.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Charles S. Haight, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544